UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



ALFONZO TORRIENTI

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

KEVIN DRUMGOOLE #19047 STAR. NO.

MICHAEL TATE #14015 STAR. NO.

CHICAGO POLICE DEPT.

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**RECEIVED** MAR 16 2001 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

JUDGE JOHN W DARRAH

Case No: **01C 1895**
(To be supplied by the Clerk of this Court)

MAGISTRATE JUDGE LEVIN

**DOCKETED** MAR 20 2001

CHECK ONE ONLY:

__XXX__    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1

I. **Plaintiff(s):**

A. Name: ALFONZO TORRIENTI

B. List all aliases: NONE

C. Prisoner identification number: A60349

D. Place of present confinement: LOGAN CORR. CENTER

E. Address: P.O BOX 1000 LINCOLN, ILL. 62656

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: KEVIN DRUMGOOLE #19047 STAR. NO.

Title: CHICAGO POLICE OFFICER

Place of Employment: CHICAGO POLICE DEPT.

B. Defendant: MICHAEL TATE #14015 STAR. NO.

Title: CHICAGO POLICE DEPT.

Place of Employment:

C. Defendant:

Title:

Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

   A.   Is there a grievance procedure available at your institution?

        YES ( )  NO ( )  If there is no grievance procedure, skip to F.

   B.   Have you filed a grievance concerning the facts in this complaint?

        YES ( )  NO ( )

   C.   If your answer is YES:

        1.   What steps did you take?
INCIDENT DID NOT HAPPEN AT THIS INSTITUTION. I SPOKE WITH A REPRESENTATIVE FROM INTERNAL AFFAIRS, CHICAGO POLICE DEPT.
XXNEVERXHEARDXANXXHXNGXFROMXTHEXSPOKKXPERSONXINTERVIEWINGXTHEXCASE.

        2.   What was the result?
I NEVER HEARD ANYTHING FROM THE SPOKE PERSON INTERVIEWING THE CASE.

        3.   If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

NO, I NEVER APPEALED BECAUSE INTERNAL AFFAIRS NEVER CONTACTED ME AGAIN CONCERNING THIS MATTER.

   D.   If your answer is NO, explain why not:
ABOVE STATEMENT.

E. Is the grievance procedure now completed? YES ( ) NO ( x )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( X ) NO ( )

G. If your answer is YES:

1. What steps did you take?
INTERNAL AFFAIRS OF THE CHICAGO POLICE DEPARTMENT WAS IMFORM, AND SPOKE WITH ME. BUT NEVER FOLLOWED UP THE CASE.

2. What was the result?
NONE

H. If your answer is NO, explain why not:
NO, FOLLOW UP. I CAN NOT EXPLAIN WHY THEY NEVER DID THEY'RE JOB. ALL I KNOW IS THEY NEVER FOLLOWED UP TO SEE IF INDEED THERE WAS A CASE TO PROSECUTE AGAINST THESE OFFICERS. I TOLD THEM ABOUT THE HOSPITAL THAT I HAD TO GO TOO AS A RESULT OF THIS BAD BEHAVIOR, ON THE PART OF THE ABOVE MENTION POLICE OFFICERS.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A. Name of case and docket number: __NA__

   B. Approximate date of filing lawsuit: __NA__

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __NA__

   D. List all defendants: __NA__

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __NA__

   F. Name of judge to whom case was assigned: __NA__

   G. Basic claim made: __NA__

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __NA__

   H. Approximate date of disposition: __NA__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON SEPT. 5, 1997 APPROX. TIME 0300, I WAS STOP BY A CHICAGO POLICE OFFICER SQUARE CAR. I WAS PULLED TO THE CURB AND STOPPED. THE OFFICER KEVIN DRUMGOOLE # 19047, APPROACH MY CAR, ASKED IF I HAD A DRIVER's LICENSE? I PRODUCTED IT ! ASK IF I HAD INSURANCE FOR THE CAR I WAS DRIVING, AND IF I WAS THE OWNER OF THE CAR? YES I SAID, AND PRODUCTED MY INSURANCE CARD. I HAD TWO PEOPLE IN THE CAR WITH ME AT THE TIME . A YOUND LADY BY THE NAME OF KINDELL GRIFFIN , AND A YOUNG MAN BY THE NAME OF ZARRAN MCARTHUR. OFFICER DRUMGOOLE ASK, WHERE I WAS GOING AND I REPLYED HOME. HE ASK US TO GET OUT OF THE CAR AND WE DID. KINDELL SAID, THAT SHE KNEW THE OFFICER , AND ASKED WHAT THIS WAS ALL ABOUT ? HETOLD HER THAT HE THOUGHT THAT THERE WERE DRUG'S IN THE CAR, AND WANTED TO SEARCH THE CAR. SHE STATED... THAT SHE WOULD NOT BE IN THE CAR IF SHE KNEW THAT THERE WERE ANY DRUG's or a GUN IN THE CAR. THERE WAS NO DRUG'S IN THE CAR SHE TOLD HIM' he THAN ASK ME WHERE THE MARIJUANA WAS BECAUSE I HAD TWO CIGARS STICKING OUT OF MY POCKET OF MY SHIRT, UPON GETTING OUT OF THE CAR. HE SAID HE KNEW WHAT THEY WERE USED FOR. I TOLD HIM THEIR WAS NO DRUG'S in THE CAR. HE THEN TOOK THE CIGARS OUT OF MY POCKET AND DROPPED THEM ON THE GROUND AND STEPPED ON THEM. AND SAID YOU MIGHT AS WELL TELL ME IF THERE IS DRUGS OR A GUN IN THE CAR? BECAUSE I"AM GOING TO SEARCH IT ANY WAY! I SAID THERE WAS"NT. HE THEN SAID HE HAS TOO HANDCUFF ME TOO LOOK IN THE CAR, AND HE DID. ALSO HANDCUFFING ZARRAN MCARTHUR. BUT NOT KINDELL GRIFFIN, SHE STOOD THERE AND WATCH THINGS UNFOLD. HE SAID I"LL TELL YOU WHAT TALKING TOO KINDELL I THINK THEY HAVE DRUGS OR A PISTOL IN THE CAR WITH THEM SOMEWHERE. IF I DON"T FIND

HIGH SCHOOL TOGETHER. OFFICER M. TATE #14015 then proceeded to search the car front, and back. and told OFFICER DRUMGOOLE it'S nothing in the car. DRUMGOOLE SAID Check the car again to be sure! I TURN MY HEAD TO LOOK ACROSS THE STREET. BECAUSE NOW PEOPLE WERE STOPPING TO SEE WHAT WAS HAPPENING. OFFICER M. TATE SAID SOMETHING TO THE EFFECT OF A CUP, AND AS I WAS TURNING AROUND TOO SEE WHAT HE WAS REFERRING TOO AND (BAM) I WAS STRUCK IN THE FACE BY OFFICER DRUMGOOLE TWICE# DAZED I DUCKED, AND TIRED TO FALL TOO THE GROUND TO AVOID ANY MORE. BUT HE WOULD WOULD NOT LET ME, GRABBING ME AROUND THE NECK PULLING ME TO HIM- SCREAMING YEAH NIGGER I"AM GOING TOO KILL YOU! HIS PARTNER PULLED HIM OFF ME SCREAMING,YOU CAN'T DO THIS OUT HERE IN FRONT OF ALL THESE PEOPLE. STOP THAT SHIT AND PUT HIM IN THE CAR AS HE PUT ME IN THE CAR DRUMGOOLE AGAIN HIT AND GRAB ME BY THE NECK IN A CHOKE HOLD WITH ONE HAND, I WAS HANDCUFFED BEHIND MY BACK, AND ALMOST LOST CONSCIOUSNESS. HIS PARTNER PULLED HIM OFF ME IN THE BACK SEAT OF THE PARTOL CAR. M. TATE HOWLERING AT DRUMGOOLE, COME ON MAN , NOT HERE! LET'S JUST GET HIM AWAY FROM HERE.

THEY TOOK ME TOO THE LAKE FRONT, PULLED ME OUT OF THE CAR AND DRUMGOOLE AGAIN START BEATING ON ME. KICKING ME IN THE BACK, WHILE I WAS ON THE ROUND. I FELL TRYING TOO DUCK THE BLOWS DRUMGOOLE WERE STRIKING ME WITH UP SIDE THE HEAD, AND TO THE FACE. LATER THEY TOOK OFF THE CUFF'S, and told me to run! I SAID THAT I WOULDN'T, HE'de HAVE TO KILL ME THERE, IF THAT WAS WHAT HE's GOING TO DO. HIS PARTNER TALKED HIM OUT OF THIS ACT. SAYING IF HE DID NOT STOP THIS IT MIGTH END UP CAUSING BOTH OF THEM IN THE LONG RUN. THAT'S POLICE BRUTALITY M. TATE IMFORMED HIM. AND I'M NOT LOSING MY JOB OVER IT BECAUSE YOU ARE ACTING LIKE A ASS. **Yet He did Stand By me And Watch this Assault On Serveral Different Occassion this Particular Night.**

VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I ALFONZO TORRIENTI, REQUEST that this Honorable Court Grant the following Relief; (1) To have the Defendant's pay for my Hospital Bill at Doctor's Hospital on 50 th something and Stoney Island. (2) That said Defendants be made to pay Punitive and Compensatory Damages for the pain and Suffering They caused me. As the result of said night. (3) That said Defendants be made to attend retraining in what is, and what is not Police Brutality Class. I have my Faith in The Process of the Court, and in Concerning my case. After Your Honor, or a Jury Has heard the Evidents, Whatever Compenastory and Punitive Damages the Court Deems Fit for the wrong that has been Committed.

I declare under penalty of perjury that all facts given in the complaint are true and correct.

Signed this __13__ day of __MAR__, 2001

_Alfonzo Torrienti_
(Signature of plaintiff or plaintiffs)

__A60349__
(I.D. Number)

__Logan Correctional Center__

P. O Box 1000

__Lincoln, Ill. 62656__
(Address)

8